# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

_____

YVETTE BRAVO,

                Plaintiff,                                    No. CIV S-08-1982-LKK-EFB

    vs.

THE UNITED STATES LIFE INSURANCE
COMPANY IN THE CITY OF NEW YORK;
and DOES 1 through 20, inclusive,

                Defendants.
_____/

       Plaintiff's motion to compel discovery, Dckt. No. 25, remains scheduled for hearing before this court on October 28, 2009, at 10:00 a.m., in Courtroom No. 25.  The parties are hereby informed that, notwithstanding the three days specified by Eastern District of California Local Rule ("Local Rule") 37-251, their Joint Statement re Discovery Disagreement ("Joint Statement") shall be filed not later than *five* court days before the scheduled hearing, or by October 21, 2009, at 12:00 p.m. (noon).  In addition to filing the Joint Statement electronically in .pdf format, the moving party shall also submit the Joint Statement by email in Word or Word Perfect format to efborders@caed.uscourts.gov by October 21, 2009, at 12:00 p.m. (noon).  The email subject line must contain the words "Joint Statement" as well as the case number.  In the event the hearing is rescheduled, the Joint Statement shall be filed and emailed not later than five court days before the rescheduled hearing.

       The Joint Statement shall comply with the content requirements of Local Rule 37-251 set forth therein.  The parties are reminded of the necessity of meeting and conferring in good faith, and attempting to resolve their discovery dispute prior to preparation of their Joint Statement.  For each disputed matter, the Joint Statement shall provide: (1) the specific disputed discovery category or item; (2) the response; (3) the moving party's position; and (4) the opposition.  The parties shall not file separate briefing.

       Privilege objections must comply with Federal Rule of Civil Procedure 26(b)(5).  Except in extraordinary circumstances, the party claiming privilege may not submit a post-hearing privilege log.  The failure to properly support a privilege objection with a privilege log may be deemed a waiver of that privilege objection.

////

The moving party is responsible for filing and emailing the Joint Statement.  The opposing party nevertheless must timely draft and submit its portion.  Failure of either party to use best efforts to ensure timely filing of the Joint Statement will be cause for sanctions.  *See* Local Rule 37-251(d).

DATED:  October 9, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2