Adrienne C. Publicover (SBN 161432)
E-mail: adrienne.publicover@wilsonelser.com
Michael Brisbin (SBN 169495)
E-mail: michael.brisbin@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone:   (415) 433-0990
Facsimile:   (415) 434-1370

Attorneys for Defendant
**THE UNITED STATES LIFE INSURANCE
COMPANY IN THE CITY OF NEW YORK**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE BRAVO,<br><br>                    Plaintiff,<br><br>        v.<br><br>THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK; and DOES 1 through 20, Inclusive,<br><br>                    Defendants. | Case No.:  2:08-CV-01982 LKK EFB<br>              Honorable Lawrence K. Karlton<br><br>**ORDER ON THE PARTIES' STIPULATION TO EXTEND THE DATES TO EXCHANGE EXHIBITS AND OBJECT TO THE EXHIBITS AS SET FORTH IN THE TENTATIVE PRETRIAL CONFERENCE ORDER DATED 4/20/10**<br><br>Trial Date:                          07/13/10 |

The Court has reviewed the Parties' Stipulation to continue the dates to exchange exhibits and object to the exhibits. The Court finds good cause exists and pursuant to the parties' stipulation, continues the dates to exchange exhibits and object to exhibits as follows:

1.   The deadline to exchange exhibits is continued to Friday, May 14, 2010; and

2.    The deadline to object to any exhibit is continued to Monday, May 24, 2010.

**IT IS SO ORDERED**.

Date: May 5, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1

[PROPOSED] ORDER ON THE PARTIES' STIPULATION TO EXTEND THE DATE TO EXCHANGE EXHIBITS AND OBJECT TO THE EXHIBITS SET FORTH IN THE TENTATIVE PRETRIAL CONFERENCE ORDER DATED 4/20/10
Case No.:  2:08-cv-01982 LKK EFB
539468.1

PDF created with pdfFactory trial version www.pdffactory.com