UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

YVETTE BRAVO,

                          NO. CIV. S-08-1982 LKK/EFB

       Plaintiff,

  v.

THE UNITED STATES LIFE
INSURANCE COMPANY IN THE
CITY OF NEW YORK; and DOES 1
through 20, inclusive,
                                                **ORDER**

       Defendants.
                              /

     On April 20, 2010, the court issued a tentative pretrial order. This order included, *inter alia*, a list of undisputed facts. This list was copied from the joint pretrial statement, which was filed by the parties before the pretrial conference. During the conference the court explained that the undisputed facts would be read to the jury.

     On April 30, 2010, plaintiff filed objections to the tentative pretrial statement. These objections included, *inter alia*, a general objection to the entire section of undisputed facts.

1


Case 2:08-cv-01982-LKK-EFB   Document 104   Filed 05/12/10   Page 2 of 3

Specifically, plaintiff argues that he was unaware that the undisputed facts were to be read to the jury when he submitted them to the court prior to the pretrial conference. Plaintiff contends that the undisputed facts are "too detailed to be read to the jury at the start of trial and are inappropriate for that purpose." Plaintiff offers a new statement of undisputed facts to replace the originally filed facts.

On May 11, 2010, defendant filed a response to plaintiff's objection concerning the undisputed facts. Defendant argues that the facts should not be altered in the final pretrial order. In particular, defendant states that plaintiff's proposed undisputed facts "are not full, complete, and do not communicate the breadth of [defendant's] actions . . . ." Moreover, defendant contends that plaintiff should have raised her objections to the undisputed facts when they were prepared, prior to the pretrial conference.

The court finds plaintiff's objection to the undisputed facts to be improper. Plaintiff cannot propose an alternate statement of undisputed facts at this stage of the litigation. Rather, plaintiff must identify her objection to each specific undisputed fact. With each specific objection, plaintiff must indicate her reason for objecting. The court notes that being unaware that the undisputed facts would be read to the jury will not justify amending the facts listed in the section. Further, plaintiff is cautioned that the court will determine at the end of trial whether her objections are frivolous. If the court finds the objections to be frivolous, plaintiff will be sanctioned.


2

1    For the foregoing reasons, the court orders that plaintiff
2 shall file specific objections to the undisputed facts listed in
3 the tentative pretrial order within seven (7) days of the issuance
4 of this order.
5    The court further orders that defendant may file a response
6 to plaintiff's objections within fourteen (14) days of the issuance
7 of this order.
8    IT IS SO ORDERED.
9    DATED:  May 11, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3