John Riestenberg (SBN 82668)
**THE RIESTENBERG LAW FIRM**
455 Capitol Mall, Suite 410
Sacramento, CA  95814
Telephone:  (916)  443-6300
Facsimile:   (916)  329-3435
jmriestenberg@sbcglobal.net
**Attorney for Plaintiff YVETTE BRAVO**

Adrienne C. Publicover (SBN 161432)
Email:  adrienne.publicover@wilsonelser.com
Michael Brisbin (SBN 169495)
Email:  michael.brisbin@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone:   (415) 443-0990
Facsimile:   (415) 434-1370
Attorneys for Defendant
**THE UNITED STATES LIFE INSURANCE
COMPANY IN THE CITY OF NEW YORK**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE BRAVO ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES LIFE INSURANCE ) <br> COMPANY IN THE CITY OF NEW YORK; ) <br> and DOES 1 through 20, Inclusive ) <br> ) <br> Defendants. ) <br> ) | NO.  08CV01982 LKK EFB <br><br> **STIPULATION AND ORDER FOR DISMISSAL** <br><br><br><br><br><br><br> *The Honorable Lawrence K. Karlton* |

Stipulation and Order for Dismissal/Case No. 08CV01982 LKK EFB

1   IT IS HEREBY STIPULATED by and between YVETTE BRAVO by and through her
2 counsel of record and THE UNITED STATES INSURANCE COMPANY IN THE CITY OF
3 NEW YORK by and through its counsel of record, that the above-captioned matter be
4 dismissed with prejudice with each party to bear its own costs and attorney's fees.

Respectfully submitted,

DATED: 6/25/10                              RIESTENBERG LAW FIRM

By: /s/ John Riestenberg
    JOHN RIESTENBERG
    Attorney for Plaintiff YVETTE BRAVO

DATED: 6/25/10                              WILSON, ELSER, MOSKOWITZ,
                                              EDELMAN & DICKER LLP

By:/s/ Sean P. Nalty
    ADRIENNE PUBLICOVER
    MICHAEL BRISBIN
    Attorneys for Defendant
    THE UNTIED STATES LIFE INSURANCE
    COMPANY IN THE CITY OF NEW YORK

### ORDER

IT IS HEREBY ORDERED that this action is dismissed with prejudice with each party to bear its own costs and attorney's fees.

DATED: June 28, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT